IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERCA** : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 5:18-cv-04875-JMG |
| : | |
| **EDWIN H. ZIMMERMAN**, as Personal : | |
| Representative for the Estate of Esther M. : | |
| Zimmerman, : | |
| Defendant. : | |

**ORDER**

**AND NOW**, this 14th day of May, 2025, upon consideration of the United States' Motion for Entry of Default Judgment (ECF No. 175), **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The United States' Motion (ECF No. 175) is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 55(b), Judgment is **ENTERED** in favor of the United States and against Edwin H. Zimmerman, as Personal Representative for the Estate of Esther M. Zimmerman, in the amount of **$444,837** as of March 31, 2025, plus statutory interest under 26 U.S.C. § 6621, penalties, and additions to tax that have accrued and will continue to accrue from that date.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge